# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JU JUAN TIFFANY APPLING | | |
| **Case Number:** | 2:20-BK-13507-PS | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 12, 2021 11:00 AM   TELEPHONIC HRGS | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | MARGARET KELLY | | |
| **Reporter / ECR:** | N/A | | |

### Matter:

MOTION TO CONTINUE THE SECTION 362(A) STAY PURSUANT TO SECTION 362(C)(3) FILED BY THOMAS ADAMS MCAVITY OF PHOENIX FRESH START BANKRUPTCY ATTORNEYS ON BEHALF OF JU JUAN TIFFANY APPLING .

**R / M #:**  8 / 0

### Appearances:

THOMAS ADAMS MCAVITY, ATTORNEY FOR JU JUAN TIFFANY APPLING

### Proceedings:

The Court reviews the declaration of the Debtor.

Mr. McAvity states that the Debtor has covid-19 and could not appear today. Mr. McAvity argues his position in support of the Debtor's motion to continue the automatic stay. Mr. McAvity states that the Debtor's income requires a Chapter 13 case.

COURT: FOR REASONS STATED ON THE RECORD, IT IS ORDERED GRANTING THE DEBTOR'S MOTION TO CONTINUE THE AUTOMATIC STAY. MR. MCAVITY SHALL LODGE A PROPOSED ORDER.